1.	Armijo disputes hereby the Columbus Defs. M.F. No. 6.  No representation in paragraph 57 of the Complaint states that "Mayor Espinoza recommended Plaintiff's termination to the Board of Trustees . . ."  *See Complaint, ¶ 57.*

							Respectfully submitted,

							LAW OFFICES OF MICHAEL E. MOZES, P.C.

							*/s/ Michael E. Mozes*
							MICHAEL E. MOZES
							5732 Osuna Rd. NE
							Albuquerque, NM 87109-2527
							(505) 880-1200
							(505) 881-2444 (fax)

**I HEREBY CERTIFY** that a copy of the foregoing pleading was served on all opposing counsel of record on this 4th day of March 2010.

*/s/ Michael E. Mozes*
Michael E. Mozes