IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL ARMIJO,

    Plaintiff,

vs.                                                              CIV No. **08cv935 MV/WPL**

VILLAGE OF COLUMBUS,
EDDIE ESPINOZA, in his individual capacity,
ARMANDO PERALES, in his individual capacity,
TRACY BOLDUC, in her individual capacity,
BLAS GUTIERREZ, in his individual capacity,
ROBERTO GUTIERREZ, in his individual capacity,
BRIAN HOULTIN, in his individual capacity,
ALLEN ROSENBERG, in his individual capacity,
LUNA COUNTY SHERIFF'S OFFICE,
SIXTH JUDICIAL DISTRICT ATTORNEY'S OFFICE,
CITY OF DEMING POLICE DEPARTMENT,
ADRIAN FLORES, in his individual capacity,
ERNIE SERA, in his individual capacity,
MIRABEL JIMENEZ, in his individual capacity,
ARNOLD CHAVEZ, in his individual capacity,
BORDER OPERATIONS TASK FORCE,
D & M SPORTING GOODS,

    Defendants.

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO COLUMBUS DEFENDANTS
MOTION FOR PARTIAL SUMMARY JUDGMENT BASED
ON QUALIFIED IMMUNITY AND OTHER GROUNDS**

**COMES NOW** Plaintiff Paul Armijo, by and through his counsel of record, Law Offices of Michael E. Mozes, P.C. (Michael E. Mozes), and hereby submits his Supplemental Response to Columbus Defendants' Motion for Partial Summary Judgment Based on Qualified Immunity and Other Grounds in accordance with the Order of the Court entered on February 18, 2010. Armijo would dispute the following facts contained in the Columbus Defendants' Statement of Undisputed Material Facts:

1.  Armijo disputes hereby the Columbus Defs. M.F. No. 6. No representation in paragraph 57 of the Complaint states that "Mayor Espinoza recommended Plaintiff's termination to the Board of Trustees . . ." *See Complaint, ¶ 57.*

> Respectfully submitted,
>
> LAW OFFICES OF MICHAEL E. MOZES, P.C.
>
> */s/ Michael E. Mozes*
> MICHAEL E. MOZES
> 5732 Osuna Rd. NE
> Albuquerque, NM 87109-2527
> (505) 880-1200
> (505) 881-2444 (fax)

**I HEREBY CERTIFY** that a copy of the foregoing pleading was served on all opposing counsel of record on this 4th day of March 2010.

*/s/ Michael E. Mozes*
Michael E. Mozes